UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANTONIO RENAULD HENDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:08-CV-0434-G |
| CRIMINAL DISTRICT COURT #3, | ) | |
| ET AL., | ) | **ECF** |
| | ) | |
| Defendants. | ) | |

### ORDER

After making the review required by 28 U.S.C. § 636(b), the court finds that the findings, conclusions and recommendation of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

**SO ORDERED**.

May 27, 2009.

*/s/ A. Joe Fish*
**A. JOE FISH**
**Senior United States District Judge**